In the Matter of the Application of NANCY M. SANBORN, Respondent, to Punish EDWARD S. BARBER, Appellant, for Contempt and to Compel Him to Produce Certain Books and Papers. Two Proceedings.

*Matter of Sanborn (Barber)*, 178 App. Div. 896, appeals dismissed. (Submitted May 14, 1917; decided May 22, 1917.)

MOTION in each of the above-entitled proceedings to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 2, 1917, which affirmed an order of Special Term directing the appellant herein to produce certain books and papers.

The motions were made upon the ground that the orders appealed from were not final orders and that permission to appeal had not been obtained.

*Allan R. Campbell* for motion.

*Frank Hendrick* opposed.

Motions granted and appeals dismissed, with costs in each proceeding and ten dollars costs of one motion.